**JUDGE BATTS**

**07 CIV 8153**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

CHAMBERLAIN LOUISVILLE, LLC,

    Plaintiff,

-against-

HUA LIN, d/b/a
ASIAN BUFFET GROUP

    Defendant.

------------------------------------------------------------x

Civil Action

RULE 7.1 STATEMENT



RECEIVED
SEP 1 8 2007
U.S.D.C. S.D.N.Y.
CASHIERS

    Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] the undersigned counsel for Plaintiff Chamberlain Louisville, LLC (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held:

    Plaintiff Chamberlain Louisville, LLC has no corporate parents, affiliates and/or subsidiaries that are publicly held.

Dated: September 18, 2007
       New York, New York

                              WOLLMUTH MAHER & DEUTSCH LLP

                              By: _____
                                  William F. Dahill (WD-8618)
                                  G. Christopher Harriss (GH-0284)
                            500 Fifth Avenue
                            New York, New York 10110
                            (212) 382-3300

                            *Attorneys for Plaintiff Chamberlain Louisville, LLC*