WOLLMUTH MAHER & DEUTSCH LLP
William F. Dahill
Jennifer L. Rudolph
500 Fifth Avenue, 12th Floor
New York, New York 10110
(212) 382-3300

*Attorneys for Plaintiff Chamberlain Lousiville, LLC*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
:
CHAMBERLAIN LOUISVILLE, LLC,                  :    07-CV-8153 (DAB/FM)
:
Plaintiff,             :
:
-against-                :
:
HUA LIN, d/b/a                                 :
ASIAN BUFFET GROUP,                            :
:
Defendant.             :
:
------------------------------------------------------------------x

## APPLICATION OF PLAINTIFF FOR ENTRY OF JUDGMENT BY DEFAULT

Upon the annexed affidavits of Gordon Christopher Harriss, sworn to January 16, 2008, and Donald J. Smith, sworn to January 14, 2008, together with the exhibits thereto, and the accompanying Memorandum of Law dated January 22, 2008, plaintiff Chamberlain Louisville, LLC ("Chamberlain"), by and through its attorneys, Wollmuth Maher & Deutsch LLP, hereby applies to this Court for an order and judgment of default, pursuant to Federal Rule of Civil Procedure 55(b) and Rule 55.2(b) of the Local Rules of the United States District Court for the Southern District of New York, against defendant Hua Lin, d/b/a Asian Buffet Group ("Lin"), and granting damages consisting of not less than $378,281.55, plus costs and attorneys' fees, and such other and further relief as this Court may deem just and proper.

Dated: New York, New York
January 22, 2008

WOLLMUTH MAHER & DEUTSCH LLP

By: _____
William F. Dahill
Jennifer L. Rudolph
500 Fifth Avenue
New York, New York 10110
(212) 382-3300

*Attorneys for Plaintiff Chamberlain Louisville, LLC*