**EXHIBIT B TO HARRISS AFFIDAVIT**



# Demovsky Lawyer Service
Premier Nationwide Document Retrieval
and Process Service Company

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------X
Chamberlain Louisville, LLC,

      Plaintiff(s),

  -against-

Hua Lin d/b/a Asian Buffet Group,
      Defendant(s).
-------------------------------------------------X

JUDGE BATTS
Index No. 07 CIV. 8153

AFFIDAVIT OF SERVICE

STATE OF NEW YORK )
                  S.S.:
COUNTY OF NEW YORK)

      DARRYL A. GREEN, being duly sworn, deposes and says that he is over the age of eighteen years, is employed by the attorney service, DLS., Inc., and is not a party to this action.

      That on the 20th day of September 2007, at approximately the time of 7:03 p.m., deponent attempted to serve a true copy of the **SUMMONS IN A CIVIL ACTION, COMPLAINT, INDIVIDUAL PRACTICES OF JUDGE DEBORAH A. BATTS, THIRD AMENDED INSTRUCTIONS FOR FILING AN ELECTRONIC CASE OR APPEAL, GUIDELINES FOR ELECTRONIC CASE FILING, PROCEDURES FOR ELECTRONIC CASE FILING AND INDIVIDUAL PRACTICES OF MAGISTRATE JUDGE MAAS** upon Hua Lin d/b/a Asian Buffet Group at 24 James Street, Apt. 1A, New York, NY 10038. No answer was received when deponent rang the bell to apartment 1A.

      That on the 22nd day of September 2007, at approximately the time of 12:19 p.m., deponent again attempted to serve a true copy of the **SUMMONS IN A CIVIL ACTION, COMPLAINT, INDIVIDUAL PRACTICES OF JUDGE DEBORAH A. BATTS, THIRD AMENDED INSTRUCTIONS FOR FILING AN ELECTRONIC CASE OR APPEAL, GUIDELINES FOR ELECTRONIC CASE FILING, PROCEDURES FOR ELECTRONIC CASE FILING AND INDIVIDUAL PRACTICES OF MAGISTRATE JUDGE MAAS** upon Hua Lin d/b/a Asian Buffet Group at 24 James Street, Apt. 1A, New York, NY 10038. Deponent spoke to a woman in apartment 1A who said, "there is no Hua living here."

D.L.S., Inc.
401 Broadway
Ste 510
NY, NY 10013
212-925-1220
www.dlsny.com



**Demovsky Lawyer Service**
Premier Nationwide Document Retrieval
and Process Service Company

That on the 25th day of September 2007, at approximately the time of 9:27 a.m., deponent again attempted to serve a true copy of the **SUMMONS IN A CIVIL ACTION, COMPLAINT, INDIVIDUAL PRACTICES OF JUDGE DEBORAH A. BATTS, THIRD AMENDED INSTRUCTIONS FOR FILING AN ELECTRONIC CASE OR APPEAL, GUIDELINES FOR ELECTRONIC CASE FILING, PROCEDURES FOR ELECTRONIC CASE FILING AND INDIVIDUAL PRACTICES OF MAGISTRATE JUDGE MAAS** upon Hua Lin d/b/a Asian Buffet Group at 24 James Street, Apt. 1A, New York, NY 10038, again no answer was received when deponent rang the bell to apartment 1A.

That on the 26th day of September 2007, at approximately the time of 6:23 p.m., deponent again attempted to serve a true copy of the **SUMMONS IN A CIVIL ACTION, COMPLAINT, INDIVIDUAL PRACTICES OF JUDGE DEBORAH A. BATTS, THIRD AMENDED INSTRUCTIONS FOR FILING AN ELECTRONIC CASE OR APPEAL, GUIDELINES FOR ELECTRONIC CASE FILING, PROCEDURES FOR ELECTRONIC CASE FILING AND INDIVIDUAL PRACTICES OF MAGISTRATE JUDGE MAAS** upon Hua Lin d/b/a Asian Buffet Group at 24 James Street, Apt. 1A, New York, NY 10038, again no answer was received when deponent rang the bell to apartment 1A.

That on the 3rd day of October 2007, at approximately the time of 8:39 a.m., deponent again attempted to serve a true copy of the **SUMMONS IN A CIVIL ACTION, COMPLAINT, INDIVIDUAL PRACTICES OF JUDGE DEBORAH A. BATTS, THIRD AMENDED INSTRUCTIONS FOR FILING AN ELECTRONIC CASE OR APPEAL, GUIDELINES FOR ELECTRONIC CASE FILING, PROCEDURES FOR ELECTRONIC CASE FILING AND INDIVIDUAL PRACTICES OF MAGISTRATE JUDGE MAAS** upon Hua Lin d/b/a Asian Buffet Group at 24 James Street, Apt. 1A, New York, NY 10038, again no answer was received when deponent rang the bell to apartment 1A.

At that time, therefore, deponent served a true copy of the foregoing papers upon Hua Lin d/b/a Asian Buffet Group by firmly affixing same conspicuously on the front door at that address.

That on the 3rd day of October 2007, deponent served another copy of the foregoing upon Hua Lin d/b/a Asian Buffet Group at 24 James Street, Apt. 1A, New York, NY

D.L.S., Inc.
401 Broadway
Ste 510
NY, NY 10013
212-925-1220
www.dlsny.com

  **Demovsky Lawyer Service**
Premier Nationwide Document Retrieval
and Process Service Company

10038, by first class mail, by enclosing a true copy thereof in a securely sealed and postpaid wrapper with the words "PERSONAL AND CONFIDENTIAL" written on the same envelope, and not indicating on the outside that it is from an attorney or concerns an action against the person to be served, and depositing the same into an official depository maintained by the Government of the United States, City and State of New York.

_____
DARRYL A. GREEN #0866535

Sworn to before me this
4th day of October, 2007

_____
NOTARY PUBLIC

EVAN COHAN
NOTARY PUBLIC & ATTORNEY AT LAW OF NY
NO. 02CO4998577
QUALIFIED IN ROCKLAND COUNTY
CERTIFICATE FILED IN NEW YORK COUNTY
COMMISSION EXPIRES JUNE 29, 20 10

D.L.S., Inc.
401 Broadway
Ste 510
NY, NY 10013
212-925-1220
www.dlsny.com