**EXHIBIT D TO HARRISS AFFIDAVIT**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
                                                                  :
CHAMBERLAIN LOUISVILLE, LLC,          : Case No. 07-CV-8153 (DAB/FM)
                                                                  :
    Plaintiff,                                                    :
                                                                  :
    -against-                                                     :
                                                                  : **CLERK'S CERTIFICATE**
HUA LIN, d/b/a                                                    :
ASIAN BUFFET GROUP,                                               :
                                                                  :
    Defendant.                                                    :
                                                                  :
------------------------------------------------------------------x

I, J. Michael McMahon, Clerk of the Court of the United States District Court for the Southern District of New York, do hereby certify that this action commenced on September 18, 2007 with the filing of a summons and complaint, a copy of the summons and complaint was served on defendant by both affixing true and correct copies of the summons and complaint to defendant's address, as well as mailing true and correct copies of the summons and compliant to the same address, pursuant to Federal Rule of Civil Procedure 4(e)(1) and New York's Civil Practice Law and Rules Section 308, and proof of such service thereof was filed on October 8, 2007.

I further certify that the docket entries indicate that the defendant has not filed an answer or otherwise moved with respect to the complaint herein. The default of the defendant is hereby noted.

Dated: New York, New York
       November 19, 2007                    J. MICHAEL MCMAHON
                                            Clerk of the Court

                                            By: _____
                                                Deputy Clerk