# EXHIBIT E TO HARRISS AFFIDAVIT

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
:
CHAMBERLAIN LOUISVILLE, LLC,                : 07-CV-8153 (DAB/FM)
:
         Plaintiff,                :
:
    -against-                    :
: **[PROPOSED FORM OF]**
HUA LIN, d/b/a                              : **JUDGMENT BY DEFAULT**
ASIAN BUFFET GROUP,                         :
:
         Defendant.                :
:
------------------------------------------------------------------x

      This action commenced on September 18, 2007 with the filing of the Summons and Complaint, a copy of the Summons and Complaint was served on defendant Hua Lin ("Lin") by both affixing true and correct copies of the summons and complaint to defendant's address, as well as mailing true and correct copies of the summons and complaint to the same address, pursuant to Federal Rule of Civil Procedure 4(e)(1) and New York's Civil Practice Law and Rules Section 308, and proof of such service thereof filed on October 8, 2007, and the defendant not having answered the Complaint, and the time for answering the Complaint having expired, it is

      ORDERED, ADJUDGED AND DECREED:  That the plaintiff have judgment against defendant in the liquidated amount of $378,281.55; (b) plus contractual interest of 18% per annum for the period from February 28, 2007 until the date this judgment is satisfied in full; plus (c) attorneys' fees and costs in the amount of $_____, amounting in all to $_____ as of the date of this judgment.

2

Dated: New York, New York

_____

The Honorable Deborah A. Batts
United States District Judge