# EXHIBIT A TO SMITH AFFIDAVIT

## EXHIBIT A

### ITEMS AND FIXTURES REMOVED BY DEFENDANT

| Item(s) | Approximate Value (as of August, 2007) |
|---|---|
| 1 commercial toilet | $300.00 |
| 1 sink | $150.00 |
| 1 Sloan flusher for urinal in men's restroom | $150.00 |
| 4 2x4 light fixtures | $240.00 total |
| 1 built-in walk in cooler | $10,000.00 |
| 1 HVAC on sidewalk behind | $5,000.00 |
| 3 exit lights | $180.00 total |
| 1 restaurant size water heater | $1,000.00 |
| 2 roof top exhaust fans | $4,800 total |
| **Grand Total:** | **$21,820.00** |